**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Carvel Anthony Redmond          CHAPTER 13
       Jacqueline S. Redmond

           Debtor(s)          BKY. NO. 25-14527 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

               Respectfully submitted,

              /s/ *Matthew Fissel*
              Matthew Fissel
              26 Nov 2025, 12:53:20, EST

              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322