Page: 1 of 2

## Pay Statement
### School District of Philadelphia

| | | Period End Date | Payment Date |
|---|---|---|---|
| | Check Number | 2025-10-31 | 2025-11-07 |

| Employee Name | Employee ID |
|---|---|
| Jacqueline Redmond | 32176 |

### Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,702.15 | 37,429.20 |
| Imputed Earnings | 8.25 | 140.2 |
| Pretax Deductions | 148.94 | 3,178.2 |
| Employee Tax Deductions | 268.36 | 5,828. |
| Voluntary Deductions | 16.94 | 392 |
| Net Payment | 1,259.66 | 27,889 |

### Earnings

| Description | Current | Year to |
|---|---|---|
| Award Not Pension Eligible Earnings Results | 0.00 | 1,4 |
| Base Pay 10 Month Earnings Results | 1,757.50 | 30,8 |
| Base Pay 10 Month Retro | 0.00 | |
| Legal Fund Employer PFT Earnings Results | 8.25 | |
| Overtime 1.0 Retro | 233.82 | |
| Paraprofessional Allotment Earnings Results | 0.00 | |
| Reserve Accrual Earnings Results | -297.42 | |
| Reserve Payout Earnings Results | 0.00 | |
| Summer Programs Retro | 0.00 | |

| Description | Program Name | Earned Date | Multiplier | Rate | Units | Amount |
|---|---|---|---|---|---|---|
| Overtime 1.0 Retro Results | Overtime 1.0 School Based | 2025-08-12 | 1 | 25.28 | 4.50 | 113.75 |
| Overtime 1.0 Retro Results | Overtime 1.0 School Based | 2025-08-13 | 1 | 25.28 | 4.75 | 120.07 |

### Absences

| Description | Current |
|---|---|
| Personal Illness Earnings Deduction | 0.00 |
| Personal Illness Earnings Results | 0.00 |
| Personal Illness Earnings Retro Deduction | 0.00 |
| Personal Illness Earnings Retro Results | 0.00 |

### Pretax Deductions

| Description | Current |
|---|---|
| PSERS Employee Results | 127.04 |



Pay Statement
School District of Philadelphia

Page: 2 of 2

**Other Deductions**

| Description | | | Current | Year to Date |
|---|---|---|---|---|
| Basic Life Employee Results (0) | | | 2.00 | 20.00 |
| Union Dues PFT Results (0) | | | 16.17 | 356.03 |

| Check/Deposit Number | Bank Name | Payment Amount |
|---|---|---|
| 154421512 | Bank of America | 1,209.14 |

Page: 1 of 2

# Pay Statement
## School District of Philadelphia

| Check Number | Period End Date | Payment Date |
|---|---|---|
| | 2025-10-31 | 2025-11-07 |

| Employee Name | Employee ID |
|---|---|
| Jacqueline Redmond | 32176 |

## Summary

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,702.15 | 37,429.20 |
| Imputed Earnings | 8.25 | 140.2 |
| Pretax Deductions | 148.94 | 3,178.2 |
| Employee Tax Deductions | 268.36 | 5,828. |
| Voluntary Deductions | 16.94 | 392 |
| Net Payment | 1,259.66 | 27,889 |

## Earnings

| Description | Current | Year to |
|---|---|---|
| Award Not Pension Eligible Earnings Results | 0.00 | 1,4 |
| Base Pay 10 Month Earnings Results | 1,757.50 | 30,8 |
| Base Pay 10 Month Retro | 0.00 | |
| Legal Fund Employer PFT Earnings Results | 8.25 | |
| Overtime 1.0 Retro | 233.82 | |
| Paraprofessional Allotment Earnings Results | 0.00 | |
| Reserve Accrual Earnings Results | -297.42 | |
| Reserve Payout Earnings Results | 0.00 | |
| Summer Programs Retro | 0.00 | |

| Description | Program Name | Earned Date | Multiplier | Rate | Units | Amount |
|---|---|---|---|---|---|---|
| Overtime 1.0 Retro Results | Overtime 1.0 School Based | 2025-08-12 | 1 | 25.28 | 4.50 | 113.75 |
| Overtime 1.0 Retro Results | Overtime 1.0 School Based | 2025-08-13 | 1 | 25.28 | 4.75 | 120.07 |

## Absences

| Description | Current |
|---|---|
| Personal Illness Earnings Deduction | 0.00 |
| Personal Illness Earnings Results | 0.00 |
| Personal Illness Earnings Retro Deduction | 0.00 |
| Personal Illness Earnings Retro Results | 0.00 |

## Pretax Deductions

| Description | Current |
|---|---|
| PSERS Employee Results | 127.04 |

Page: 2 of 2


**Pay Statement**
**School District of Philadelphia**

| | Current | Year to Date |
|---|---|---|
| Medicare Employee Withheld | 24.36 | 535.61 |
| FIT Withheld | 23.40 | 440.36 |
| SIT Withheld (PA) | 51.58 | 1,134.03 |
| SUI Employee Withheld (PA) | 1.19 | 26.22 |
| City Withheld (PA, Philadelphia, Philadelphia) | 63.66 | 1,402.07 |

**her Deductions**

| scription | Current | Year to Date |
|---|---|---|
| Basic Life Employee Results (0) | 0.00 | 20.00 |
| Union Dues PFT Results (0) | 16.94 | 372.97 |

| k/Deposit ber | Bank Name | Payment Amount |
|---|---|---|
| 70192 | Bank of America | 1,259.66 |