IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 25-14527-amc |
|---|---|
| CARVEL ANTHONY REDMOND<br>JACQUELINE S. REDMOND<br>    Debtors,<br><br>NISSAN-INFINITY LT LLC FKA NISSAN-INFINITI LT<br>    Movant,<br><br>v.<br><br>CARVEL ANTHONY REDMOND, and<br>JACQUELINE S. REDMOND, and<br>SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Chapter 13 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the January 27, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| **Carvel Anthony Redmond**<br>**Jacqueline S. Redmond**<br>1503 Granite Street<br>Philadelphia, PA 19124 | **MICHAEL D. SAYLES**<br>Michael D. Sayles<br>PO Box 11222<br>Elkins Park, PA 19027 |
|---|---|

Service via electronic communication:

| **SCOTT F. WATERMAN**<br>**Chapter 13 Trustee**<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | **United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |
|---|---|

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135