UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: **Carvel Redmond**                          :
    **Jacqueline Redmond**                       :               CHAPTER  13
                                                 :
                                                 :
    DEBTOR                                       :               Bankruptcy No.: **19-10514\amc**

PRAECIPE OF DEBTOR TO WITHDRAW
RESPONSE TO MOTION FOR RELIEF FROM STAY

To the Clerk, United States Bankruptcy Court:

    Kindly withdraw **DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM**

**STAY (docket #: 25 & 26.):** , for the record.


                              Respectfully Submitted,


                              By: **\s\ Michael D. Sayles, Esquire**
                                  Michael D. Sayles, Esquire
                                  Attorney for Debtor


Dated: February 24, 2026