IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 25-14527-amc |
|---|---|
| CARVEL ANTHONY REDMOND<br>JACQUELINE S. REDMOND<br>    Debtors,<br><br>NISSAN-INFINITY LT LLC FKA NISSAN-<br>INFINITI LT<br>    Movant,<br><br>            v.<br><br>CARVEL ANTHONY REDMOND, and<br>JACQUELINE S. REDMOND, and<br>SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Chapter 13 |

ORDER OF COURT

AND NOW, this 27th day of ____Feb.____, 2026, upon consideration of the foregoing Motion

for Relief from the Automatic Stay, it is hereby ORDERED,

a.  Relief from the Automatic Stay is granted as to the interest of 2022 Nissan Rogue, VIN: JN8BT3DDXNW271607.

b.  The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge