United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Carvel Anthony Redmond

Jacqueline S. Redmond

    Debtors

Case No. 25-14527-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Feb 27, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | Carvel Anthony Redmond, Jacqueline S. Redmond, 1503 Granite Street, Philadelphia, PA 19124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency/HEMAP khousman@pkh.com |
| KERI P EBECK | on behalf of Creditor Nissan-Infinity LT LLC fka Nissan-Infiniti LT kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL D. SAYLES | on behalf of Joint Debtor Jacqueline S. Redmond midusa1@comcast.net  midusa1@outlook.com |
| MICHAEL D. SAYLES | on behalf of Debtor Carvel Anthony Redmond midusa1@comcast.net  midusa1@outlook.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-2                         User: admin                              Page 2 of 2
Date Rcvd: Feb 27, 2026                      Form ID: pdf900                          Total Noticed: 1

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>CARVEL ANTHONY REDMOND<br>JACQUELINE S. REDMOND<br>    Debtors,<br><br>NISSAN-INFINITY LT LLC FKA NISSAN-INFINITI LT<br>    Movant,<br><br>        v.<br><br>CARVEL ANTHONY REDMOND, and<br>JACQUELINE S. REDMOND, and<br>SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No. 25-14527-amc<br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this 27th day of _____ Feb. _____, 2026, upon consideration of the foregoing Motion

for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of 2022 Nissan Rogue, VIN: JN8BT3DDXNW271607.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____

Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge