UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
    Carvel Anthony Redmond | Bankruptcy No.25-14527-AMC
    Jacqueline S. Redmond |

        Debtors |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case

has been served this 5th day of March, 2026, by first class mail upon those listed below:


Carvel Anthony Redmond
Jacqueline S. Redmond
1503 Granite Street
Philadelphia, PA  19124

**Electronically via CM/ECF System Only:**

MICHAEL D SAYLES  ESQ
SAYLES AND ASSOCIATES
614 64TH AVENUE
PHILADELPHIA, PA  19126-3819


                */s/ Kristen Gliem*
                Kristen Gliem
                for
                Scott F. Waterman, Esquire
                Standing Chapter 13 Trustee