Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Carvel Anthony Redmond
Jacqueline S. Redmond
1503 Granite Street
Philadelphia, PA 19124

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-14527-AMC**

Petition Filed Date: 11/06/2025
341 Hearing Date: 12/19/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/15/2025 | $350.00 | 19791519559 | 01/20/2026 | $350.00 | 19791520640 | 02/13/2026 | $350.00 | 19799143746 |
| 03/13/2026 | $350.00 | 19809188383 | 04/15/2026 | $350.00 | 19822650920 | 05/14/2026 | $350.00 | 19828677863 |
| 06/15/2026 | $350.00 | 19829545798 | 07/14/2026 | $350.00 | 19841318653 | | | |

**Total Receipts for the Period: $2,800.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL D SAYLES ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $266.94 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,256.79 | $0.00 | $0.00 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,518.06 | $0.00 | $0.00 |
| 5 | MERRICK BANK<br>»» 005 | Unsecured Creditors | $1,826.97 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $550.83 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» 007 | Unsecured Creditors | $646.85 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» 008 | Unsecured Creditors | $5,404.88 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC<br>»» 009 | Unsecured Creditors | $579.42 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $1,224.19 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $1,071.33 | $0.00 | $0.00 |
| 12 | ONEMAIN FINANCIAL GROUP LLC<br>»» 012 | Unsecured Creditors | $16,290.21 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-14527-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $940.83 | $0.00 | $0.00 |
| 14 | PHFA/HEMAP<br>»» 014 | Mortgage Arrears | $1,600.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $987.46 | $0.00 | $0.00 |
| 16 | PENNYMAC LOAN SERVICES LLC<br>»» 016 | Mortgage Arrears | $1,062.38 | $0.00 | $0.00 |
| 17 | PHILADELPHIA GAS WORKS<br>»» 017 | Unsecured Creditors | $1,665.23 | $0.00 | $0.00 |
| 18 | CAPITAL ONE AUTO FINANCE<br>»» 18S | Secured Creditors | $13,402.47 | $0.00 | $0.00 |
| 19 | CAPITAL ONE AUTO FINANCE<br>»» 18U | Unsecured Creditors | $10,488.03 | $0.00 | $0.00 |
| 20 | COMCAST INC<br>»» 019 | Unsecured Creditors | $465.09 | $0.00 | $0.00 |
| 21 | CITY OF PHILADELPHIA (LD)<br>»» 020 | Secured Creditors | $35.50 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,150.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $242.55 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $2,907.45 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.