**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br><br>CARVEL ANTHONY REDMOND<br>JACQUELINE S. REDMOND<br><br>Debtors | CASE NO. 25-14527-AMC<br><br>CHAPTER 13 |

**AGREED ORDER RESOLVING THE DEBTORS' MOTION TO DETERMINE VALUE**

THIS CASE came before the Court on the Debtors' Motion to Determine Value (Doc. No. 44) and Capital One Auto Finance, a division of Capital One, N.A.'s subsequent Response (hereinafter "Creditor") Response (Doc. No. #49). This Court being advised that Creditor and Debtors agree to this order, and without any objections being raised, it is found as follows:

A. Agreement of the parties regarding the Debtors' personal property (the 'Personal Property") more particularly described as follows:

**2022 Nissan Kicks - VIN 3N1CP5CV2NL497241**

Consequently, it is ORDERED as follows:

1. The Agreed Order is GRANTED.
2. Parties have agreed to the Personal Property valuation of $14,855.00.
3. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

Agreed:

| | | |
|---|---|---|
| */s/ Garrett M. Wilson* | */s/ Ann Swartz* | */s/ Michael D. Sayles* |
| Garrett M. Wilson | Scott F. Waterman | Michael D. Sayles |
| Counsel to Creditor | Chapter 13 Trustee | Counsel to Debtors |

BY THE COURT:

________________________________

Honorable Ashely M. Chan
United States Bankruptcy Judge