UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| CARVEL ANTHONY REDMOND | : | |
| JACQUELINE S. REDMOND | : | BANKRUPTCY NO. 25-14527-AMC |
| Debtors | : | |
| | : | |
| PENNSYLVANIA HOUSING FINANCE | : | |
| AGENCY HOMEOWNER'S EMERGECNY | : | |
| MORTGAGE ASSISTANCE PROGRAM | : | RELATED TO DOCUMENT NO. 22, 58 |
| | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| CARVEL ANTHONY REDMOND, JACQUELINE | : | |
| S. REDMOND AND SCOTT F. WATERMAN | : | |
| Respondents | : | |

**<u>WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN</u>**

AND NOW comes Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program by its attorneys and hereby withdraws the Objections to Chapter 13 Plan, heretofore filed on January 15, 2026 to Docket No. 22 and September 22, 2026 to Docket No. 58, in the above case.

PURCELL, KRUG & HALLER

By: <u>/s/Katie M. Housman</u>________

Katie M. Housman, Esquire
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178 ID # 331942
Attorney for Pennsylvania Housing
Finance Agency Homeowners'
Emergency Assistance Program

Dated: October 26, 2026

**CERTIFICATE OF SERVICE**

I, Katie M. Housman, attorney for Pennsylvania Housing Finance Agency Homeowners' Emergency Mortgage Assistance Program, hereby certify that a true and correct copy of the foregoing Withdrawal of Objections to Chapter 13 Plan was forwarded to the following individuals by regular U. S. Mail, first class service, postage prepaid, on October 26, 2026, addressed as follows:

Carvel and Jacqueline Redmond
1053 Granite Street
Philadelphia, PA 19124

U.S. Trustee
Via E-Mail: ECF/CM

Michael Sayles, Esquire
Via E-Mail: ECF/CM

Scott F. Waterman, Trustee
Via E-Mail: ECF/CM

/s/Katie M. Housman__________
Katie M. Housman

Dated: October 26, 2026